UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| HASSAN A.S. | |
| Petitioner, | |
| v. | Civil No. 26-735 (JRT/DJF) |
| PAMELA BONDI, *United States Attorney General*, | |
| KRISTI NOEM, *Secretary, U.S. Department of Homeland Security*; | |
| TODD M. LYONS, *Acting Director of U.S. Immigration and Customs Enforcement*, | **ORDER** |
| DAVID EASTERWOOD, *Acting Director, St. Paul Field Office, U.S. Immigration and Customs Enforcement*, and | |
| U.S. DEPARTMENT OF HOMELAND SECURITY, | |
| Respondents. | |

---

On January 27, 2026, Petitioner Hassan A.S. filed a Verified Petition for Writ of Habeas Corpus. (Docket No. 1.) Petitioner was admitted to the United States as a refugee from Sudan on November 6, 2024, has no criminal history, and has never been subject to removal proceedings. (Pet. ¶ 1, 3, 44–46.) Petitioner alleges that he was arrested by federal officials on January 27, 2026, and is being detained unlawfully. (Pet. ¶ 1–4.)

Based on the foregoing, and all the files, records, and proceedings herein, **IT IS HEREBY ORDERED THAT**:

1. Respondents are **ENJOINED** from removing, transferring, or otherwise facilitating the removal of Petitioner from the District of Minnesota until the Court issues an order on the pending Petition for Writ of Habeas Corpus (Docket No. [1]).

    a. Respondents may request permission from the Court to move Petitioner if unforeseen or emergency circumstances arise which require Petitioner to be removed from the District. Any such request must include an explanation for the request as well as a proposed destination. The Court will then determine whether to grant the request and permit transfer of Petitioner.

    b. If Petitioner has already been removed from Minnesota, Respondents are **ORDERED** to immediately return Petitioner to Minnesota.

2. Respondents are directed to file an answer to the petition for a writ of habeas corpus by **no later than 5:00 p.m. January 30, 2026**, certifying the true cause and proper duration of Petitioner's confinement and showing cause why the writ should not be granted in this case.

3. Respondents' answer must include:

    a.    Such affidavits and exhibits as are needed to establish the lawfulness and correct duration of Petitioner's detention in light of the issues raised in the habeas petition;

    b.    A reasoned memorandum of law and fact explaining Respondents' legal position on Petitioner's claims;

    c.    Respondents' recommendation on whether an evidentiary hearing should be conducted;

    d.    Whether the absence of a warrant preceding Petitioner's arrest necessitates Petitioner's immediate release. *See e.g.*, *Ahmed M. v. Bondi*, No. 25-4711, 2026 WL 25627, at *3 (D. Minn. Jan. 5, 2026).

4.    If Petitioner intends to file a reply to Respondents' answer, he must do so by **no later than 5:00 p.m. on January 31, 2026**. Thereafter, no further submissions from either party will be permitted, except as authorized by Court order.

Dated: January 28, 2026
at Minneapolis, Minnesota.

                                                                   JOHN R. TUNHEIM
                                                                     District Judge
                                                       United States District Court