# UNITED STATES DISTRICT COURT
## District of Minnesota

Hassan Abakar Suleiman,

Petitioner,

v.

Pamela Bondi, Kristi Noem, Todd M. Lyons,
David Easterwood, Daren K. Margolin,
Department of Homeland Security,

Respondents.

**JUDGMENT IN A CIVIL CASE**

Case Number: 26-cv-735 (JRT/LIB)

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

The Court has been informed by counsel for Petitioner that Petitioner was released from custody on January 31, 2026. Accordingly, the Petition for Writ of Habeas Corpus 1 is hereby dismissed as moot.

Date: 2/1/2026

KATE M. FOGARTY, CLERK